# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JOSHUA GADD,** <br><br> Defendant. | **CRIMINAL CASE NO. 1:14-CR-291-SCJ** <br><br> **MOTION TO VACATE/§ 2255 CIVIL ACTION NO. 1:18-CV-376-SCJ** |

## ORDER

This matter appears before the Court on the November 26, 2019 Final Report and Recommendation (Doc. No. [616]) issued by the Honorable Justin S. Anand, United States Magistrate Judge, to which no objections have been filed. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [616]) is received with approval and **ADOPTED** as the Order of this Court. Defendant Joshua Gadd's Motion to Vacate his sentence (Doc. No. [581]) is **DENIED WITH PREJUDICE**. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED** this 23rd day of March, 2020.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**
